Bernard SINGLETON, Petitioner–Appellant,

v.

COMMONWEALTH OF VIRGINIA; Ron Angelone, Director of Prisons, Respondents–Appellees.

No. 00–7435.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Bernard Singleton, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Bernard Singleton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Singleton's motion to proceed in forma pauperis on appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Singleton v. Commonwealth of Virginia,* No. CA–00–1430–AM (E.D.Va. Sept. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*